UNITED STATES DISTRICT COURT      **JS-6 / REMAND**
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV14-04116 DMG (AGRx)** | Date | July 29, 2014 |
|---|---|---|---|

| Title | *Jeffrey Taylor, et al. v. AstraZeneca Pharmaceuticals LP, et al.* | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings:  IN CHAMBERS—ORDER REMANDING ACTION TO LOS ANGELES
COUNTY SUPERIOR COURT**

On May 29, 2014, Defendants filed a notice of removal, asserting federal jurisdiction under the Class Action Fairness Act of 2005.  On June 23, 2014, the Court ordered Defendants to show cause why the action should not be remanded to Los Angeles County Superior Court. [Doc. # 22.]  Defendants timely filed their response on June 30, 2014.  [Doc. # 23.]  On July 16, 2014, Defendants notified the Court that they no longer oppose remand of the case to state court. [Doc. # 26.]  Defendants concede that this Court lacks jurisdiction under existing Ninth Circuit precedent in *Tanoh v. Dow Chem. Co.*, 561 F.3d 945 (9th Cir. 2009).  (Response at 1 [Doc. # 23].)

This Court is bound to apply the governing Ninth Circuit authority in *Tanoh*.  Because of the absence of subject matter jurisdiction, this action is **REMANDED** to Los Angeles County Superior Court, for the reasons given in Case Nos. CV 14-4012 JFW (JPRx) and CV 14-4115 BRO (AGRx).  Each side shall bear their own attorneys' fees and costs.  Plaintiffs' motion to remand [Doc. # 19] is **DENIED** as moot.

**IT IS SO ORDERED.**